# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TORREY TYREE LEWIS | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 19-4408 |
| COMMONWEALTH OF PENNSYLVANIA, *et al.* | : | |

## ORDER

**AND NOW**, this 10th day of March 2020, upon considering Delaware County's and Detective Tyler's Motion to dismiss (ECF Doc. No. 15) a *pro se* amended Complaint (ECF Doc. No. 14), without timely Opposition, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion (ECF Doc. No. 15) is **GRANTED**;

2. We **dismiss** Plaintiff's amended Complaint;

3. As Plaintiff's claims relating to his earlier convictions based on admiralty law jurisdiction lack merit, we find an amended Complaint is futile; and,

4. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.